AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

FILED
APR 1 0 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| United States of America | ) |
|---|---|
| v. | ) |
| GARNELL AUGUST CARTER | ) Case No.  4:19 MJ 6125 PLC |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____April 10, 2019_____ in the county of _____St. Louis City_____ in the
_____Eastern_____ District of _____Missouri_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:922(o) | Felon in possession of a machine gun |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

_____
*Complainant's signature*

SA Brock Gale, ATF
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  04/10/2019

_____
*Judge's signature*

City and state:  St. Louis, Missouri           Honorable Patricia L. Cohen , U.S. Magistrate Judge
_____
*Printed name and title*