UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:19 MJ 6125 PLC |
| GARNELL AUGUST CARTER, | ) |
| Defendant. | ) |

## MOTION FOR PRETRIAL DETENTION

Comes now the United States of America, by and through its Attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Jason Dunkel, Assistant United States Attorneys for said District, and moves the Court to order Defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of Defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the United States of America states as follows:

1. Defendant is charged with one count of felon in possession of a machine gun in violation of United States Code, Section 922(o).

2. As detailed in the Affidavit in support of this Complaint and according to Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), he is suspected of having purchased 13 devices that meet the federal definition of a machinegun. At the time of his arrest, 6 of those devices were in his possession. He is suspected of having distributed some of the machineguns to third parties, as is indicated by a witness who stated that the Defendant offered to install a Glock conversion device on his firearms.

3. Pursuant to Title 18, United States Code, Section 3142(g),

   (a) the weight of the evidence against defendant;

   (b) the defendant's history and characteristics; and

   (c) the nature and seriousness of the danger to any person or the community that would be posed by defendant's release,

warrant defendant's detention pending trial.

4. There is a serious risk that the defendant is a flight risk and a danger to the community.

WHEREFORE, there are no conditions or combination of conditions that will reasonably assure defendant's appearance as required and the safety of any other person and the community and the Government requests this Court to order Defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of Defendant's initial appearance.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

_s/Jason Dunkel_
JASON DUNKEL, #65886MO
Assistant United States Attorney
Thomas F. Eagleton Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200