# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

FILED
APR 16 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| GARNELL AUGUST CARTER | ) | Case No. 4:19 MJ 6125 PLC |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## AMENDED CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 10, 2019__ in the county of __St. Louis County__ in the __Eastern__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:922(o) | unlawful possession of a machinegun |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

*Complainant's signature*

SA Brock Gale, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/16/2019

*Judge's signature*

City and state: St. Louis, Missouri

Honorable Patricia L. Cohen, U.S. Magistrate Judge
*Printed name and title*