UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
APR 1 8 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 4:19CR301 JAR/DDN |
| GARNELL AUGUST CARTER, | ) |
| Defendant. | ) |

## INDICTMENT

## COUNT ONE

The Grand Jury charges that:

On or about April 10, 2019, in St. Louis County, within the Eastern District of Missouri,

**GARNELL CARTER,**

the Defendant herein, did knowingly possess one or more machineguns, that is, one or more conversion devises designed and intended solely and exclusively for use in converting a weapon into a machinegun.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
JASON S. DUNKEL, #65886MO
Assistant United States Attorney