RECEIVED

JAN 22 2020

BY MAIL

date 1-14-20

GARNELL CARTER.

yes, I would like to request my Docket
Sheet, and my transcript from my
12-20-19 Court day.  No. 4:19-CR-00301-JAR-DDN



Garnell Carter
5445 Jennings Station Rd.
St. Louis, Mo 63136

SAINT LOUIS MO 630
18 JAN 2020 PM 9 L

RECEIVED
JAN 2 2 2020
BY MAIL

ATT. Clerk
111 South 10ᵗʰ Street
St. Louis, Mo 63102

63102-112599