IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:19 CR 301 JAR |
| GARNELL CARTER | ) | |
| Defendant. | ) | |

## STATEMENT OF DEFENDANT REGARDING PRESENTENCE REPORT

Defendant, GARNELL CARTER, through Assistant Federal Defender William Marsh, accepts the Presentence Report without any legal objection. Should there be any non-legal factual discrepancies at issue in the PSR that have no bearing on his guideline range, Mr. CARTER and the undersigned intend to resolve them informally with the probation officer and the Government.

Respectfully submitted,

/s/ William T. Marsh
WILLIAM T. MARSH #60906 MO
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: William_Marsh@fd.org
ATTORNEY FOR DEFENDANT

# CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2020, the undersigned electronically filed the foregoing with the Clerk of the Court to be served by operation of the Court's electronic filing system upon JASON DUNKEL, Assistant United States Attorney.

/s/ *William T. Marsh*
WILLIAM T. MARSH
Assistant Federal Public Defender