RECEIVED

DEC 0 9 2020

BY MAIL

12-6-20

To: Whom it may concern

My name is Garnell August Carter and I am writing in regards of the legally obtained items that were seized at the time of my arrest. The property seized belonged to my grandmother and also my childs mother. Ms Mary land Carter Dixon had multiple fire arms confiscated in which they were legally owned, from the residence located on 1904 Prior Dr. Ms. Brienna Boykin also had a fire arm seized. It was said that the fire arms were being used as evidence and would be held until after I was sentence in July of 2020. Other items taken were my state I.D, and State Driver lisense. Ms Dixson nor Ms Boyking gave authorization to confiscate the alledged firearms. I am asking for all of the items to be returned as promised. It states in my discovery that all items could be returned. I would gladly appreciate it if my family is approved to pick up their property, and or turned over to my attorney Mr. William Bill Marsh.

Thank You

Respectfully Yours Mr. Garnell Carter

Garnell August Carter
Inmate 48902044
Fedeail Correctional In
P.O. Box 5000
GreenvilleIL 62246

SAINT LOUIS MO  630

8 DEC 2020   PM 9  L



RECEIVED

DEC 0 9 2020

BY MAIL

United States Court Clerk
111 S. Tenth Street
ST. Louis, Missouri 63102

63102-112599